EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Amaris Urbina Echevarría | 2019 TSPR 27<br><br>201 DPR \_\_\_\_ |

Número del Caso:  TS-16,357


Fecha: 15 de febrero de 2019


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*


Amaris Urbina Echevarría                    TS-16,357


RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de febrero de 2019.

Examinadas la *Moción informando cumplimiento* presentada el 6 de febrero de 2019 por la Sra. Amaris Urbina Echevarría, mediante la cual nos acreditó haber tomado 4 créditos de notaría y 4 créditos generales de educación jurídica continua, nos damos por enterados.

En cuanto a la Moción asumiendo representación legal presentada el 12 de febrero de 2019 por la parte peticionaria, se acepta a la Lcda. Daisy Calcaño López como representante legal de ésta. Tome nota la Secretaría y las demás partes que cualquier notificación que se realice en torno a este caso, deberá ser notificada directamente a esta licenciada, a la dirección provista.

En torno a la *Moción urgente en ruego de reinstalación* presentada el 6 de febrero de 2019 por la señora Urbina Echevarría, a tono con la *Certificación* del Programa de Educación Jurídica Continua (PEJC) emitida el 13 de febrero de 2019, se autoriza su reinstalación al ejercicio de la abogacía.

Se le advierte a la Lcda. Amaris Urbina Echevarría que deberá cumplir puntualmente con los requisitos del Programa de Educación Jurídica Continua.

**Notifíquese de inmediato.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo